UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:17-CV-00567-GNS-CHL


ANDRIA M. PARIS                                                                    PLAINTIFF


v.


NANCY C. BERRY HILL,
Deputy Commissioner of Social Security                                  DEFENDANT


## ORDER

This matter is before the Court after referring it to United States Magistrate Judge, who has filed Findings of Fact, Conclusions of Law, and Recommendation (DN 24). No objections have been filed. Based on the Court's review, the Court **ADOPTS** the Findings of Fact and Conclusions of Law as set forth in the Report and Recommendation (DN 24) submitted by the United States Magistrate Judge.

**IT IS HEREBY ORDERED** that judgment is **GRANTED** for the Commissioner.

This is a final and appealable Order and there is no just cause for delay.


Greg N. Stivers, Chief Judge
United States District Court

March 8, 2019


cc:     counsel of record